UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IZEH A. MATTHEW,<br><br>                                  Plaintiff,<br><br>           -against-<br><br>JUDGE NEIL ROSS, ET AL.,<br><br>                                  Defendants. | 22-CV-8824 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 21, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 21, 2023
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                         Chief United States District Judge